In the Matter of the Supplementary Proceedings in the Action of Benjamin Steinman and Harry H. Meyers, Judgment Creditors, Respondents, v. Eva K. Conlon, Judgment Debtor, Appellant, for the Examination of the Judgment Debtor.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Isaac Mitteldorf, Appellant, v. Seth M. Milliken and Others, Doing Business under the Firm Name of Deering, Milliken & Company, Respondents. — Order modified as stated in memorandum, and as modified affirmed, with ten dollars costs and disbursements to the respondent. Memorandum per curiam. Order to be settled on notice.

Title Guarantee and Trust Company and Mary C. Jones, as Administrators with the Will Annexed of Edward K. Jones, Deceased, Respondents, v. Asbestos Shingle, Slate and Sheathing Company, Appellant.— Order modified as stated in memorandum, and as modified affirmed, without costs. Memorandum per curiam. Order to be settled on notice.

Title Guarantee and Trust Company and Mary C. Jones, as Administrators with the Will Annexed of Edward K. Jones, Deceased, Respondents, v. Keasbey & Mattison Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Southern Cotton Oil Company, Respondent, v. Charles F. Garrigues Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on *Belasco Co.* v. *Klaw* (98 App. Div. 74), on the ground that the complaint in this action contains no prayer for injunctive relief.

Isabelle M. Murphy, Respondent, v. James Theodore Murphy, Appellant.— Order modified as stated in memorandum, and as modified affirmed, with ten dollars costs and disbursements. Memorandum per curiam. Order to be settled on notice.

Arthur H. Lamborn, Doing Business under the Firm Name and Style of A. H. Lamborn & Company, Respondent, v. The Louisiana Sugar Company, a Corporation, and The J. M. Burguieres Company, Limited, a Corporation, Appellants, Impleaded with J. N. Pharr & Son, Limited, a Corporation. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of William O'Connor, Respondent, for an Order Directing Thomas J. O'Neill, an Attorney, Appellant, to Pay over Certain Moneys.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Samuel Sellers, Appellant, v. Frank W. Fox, Warden of the Workhouse, Respondent.— Order affirmed. No opinion.

Louis Oppenheimer, Appellant, v. Emanuel Van Raalte and Zealie Van Raalte, Copartners, Doing Business under the Firm Name and Style of S. Oppenheimer & Levy, Respondents.— Order modified as stated in memorandum per curiam, and as so modified affirmed, without costs. Memorandum per curiam. Order to be settled on notice.

In the Matter of Supplementary Proceedings: Veda E. Snyder, Respondent, v. Frank L. Fisher Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.